Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | FERNANDO VALENCIA |
| **Docket Number:** | 1:02CR05390-04 AWI |
| **Offender Address:** | 705 9th Street, Orange Cove, CA 93646 |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 06/28/2004 |
| **Original Offense:** | Conspiracy to Manufacture 1,000 or More Marijuana Plants, 21 USC 846 & 841(a)(1)<br>(CLASS A FELONY) |
| **Original Sentence:** | 30 months BOP; 60 months TSR; $100 SA; Mandatory Drug Testing |
| **Special Conditions:** | 1) Search; 2) Drug Treatment; 3) Drug Testing; 4) Surrender to INS; 5) Register as Drug Offender |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 12/10/2004 |
| **Assistant U.S. Attorney:** | Laurel J. Montoya     **Telephone:** (559) 498-7272 |
| **Defense Attorney:** | Gary L. Huss     **Telephone:** (559) 224-2131 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12B.MRG

**RE:   FERNANDO VALENCIA**
      **Docket Number:  1:02CR05390-04 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, Turning Point Comprehensive Sanctions Center, Fresno, California, for a period of up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).  Subsistence fees are waived for the purpose of allowing the defendant to accumulate savings for release plan.

**Justification:**   On January 20, March 24, and April 20, 2005, the releasee submitted urine specimens which returned positive to Cocaine.  On March 19, and April 2, 9, 2005, he failed to submit to random drug testing.  Although the releasee initially denied drug use, his failure to submit to drug testing and additional positive tests compelled him to admit that he had relapsed.  He acknowledged the need to address this substance abuse problem and disassociation of negative influence, and agreed to reside and participate at Turning Point Comprehensive Sanctions Center in Fresno, California, for a period of up to 120 days.  Attached is a signed Probation Form 49A waiver, in which the releasee agrees to this modification.

                              Respectfully submitted,

                              */s/ Hubert J. Alvarez*


                              **HUBERT J. ALVAREZ**
                              **Senior United States Probation Officer**
                              Telephone:  (559) 498-7504

**RE:   FERNANDO VALENCIA**
   **Docket Number:  1:02CR05390-04 AWI**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**DATED:**   May 17, 2005
   Fresno, California
   HJA; mb

**REVIEWED BY:**   */s/ Hubert J. Alvarez for*:
   **BRUCE A. VASQUEZ**
   **Supervising United States Probation Officer**

**THE COURT ORDERS:**

( ✖ )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   May 18, 2005**            */s/ Anthony W. Ishii*
0m8i78            UNITED STATES DISTRICT JUDGE