# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**FERNANDO VALENCIA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:02CR05390-004**

Gary Huss
Defendant's Attorney

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charge(s) _One through Four_ as alleged in the violation petition filed on _January 5, 2006_ .

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure to Submit Truthful Written Monthly Report | December 5, 2005 |
| Two | Failure to Report to Probation Officer Change of Residence and Employment | September 7, 2005 |
| Three | Failure to Reside and Participate at Turning Point Comprehensive Sanction Center | December 14, 2005 |
| Four | Use of a Controlled Substance | December 14, 2005 |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on _June 28, 2004_ .

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

January 22, 2007
Date of Imposition of Sentence

/s/ ANTHONY W. ISHII
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

January 29, 2007
Date

CASE NUMBER:      1:02CR05390-004            Judgment - Page 2 of 2
DEFENDANT:        FERNANDO VALENCIA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _12 months_ .

[**X** ]      The court makes the following recommendations to the Bureau of Prisons:
         The Court recommends the defendant participate in any available drug abuse program.

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.
         If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
           UNITED STATES MARSHAL

By   _____
           Deputy U.S. Marshal